UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DUSTIN M. KINNETT, | : Case No. 3:25-cv-248 |
| Plaintiff, | : |
| vs. | : District Judge Thomas M. Rose |
| | : Magistrate Judge Caroline H. Gentry |
| STATE OF OHIO *et al.*, | : |
| Defendants. | : |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY *IN FORMA PAUPERIS* STATUS AND ORDER PLAINTIFF TO PAY THE FILING COSTS (DOC. NO. 7)**

Currently before the Court is the Report and Recommendation to Deny *in forma pauperis* Status and Order Plaintiff to Pay the Filing Costs (the "Report") (Doc. No. 7) issued by Magistrate Judge Caroline H. Gentry. In the Report, Magistrate Judge Gentry recommends that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 1) be denied and that Plaintiff be ordered to pay the Court's $405.00 filing fee. (Doc. No. 7 at PageID 53–54.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Gentry's Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation to Deny *in forma pauperis* Status and Order Plaintiff to Pay the Filing Costs (Doc. No. 7).

It is therefore **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 1) is **DENIED**;

2. Plaintiff shall pay the $405.00 filing fee within **30 days** of this Entry and Order; and

3. Plaintiff is placed on **NOTICE** that if he fails to timely pay the full filing fee, his case may be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, February 2, 2026.

                                                    s/Thomas M. Rose

                                        _____
                                            THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE